### Printz *v.* Moore, Appellant.

 Argued June 11, 1973. *C. Wilson Austin,* with him *Austin, Speicher, Boland, Connor
& Giorgi,* for appellant; *Raymond C. Schlegel,* with him
*Balmer, Mogel, Speidel & Roland,* for appellee.

Judgment affirmed.

### Talley, Appellant, *v.* York Bank and Trust Company.

 Argued March 13, 1973. *Eugene R.
Campbell,* with him *Smith & McCleary,* for appellant;
*W. Burg Anstine,* with him *Anstine and Anstine,* for
appellee.

Order affirmed.

### Weir *v.* Ducat Company, Appellant.

 Argued June 11,
1973. *Kingsley A. Jarvis,* with him *Henry Markofski,*
for appellant; *Clarke F. Hess,* with him *Butera & Detwiler,* for appellee.

Judgment affirmed.